AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bush, Ronald E. | United States District Court - Idaho | 09/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse/Federal Building
550 W. Fort St.
Boise, Idaho 83724

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | State of Idaho District Judge Retirement Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bush, Ronald E. | 09/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - JP Morgan, AMJ | B | Dividend | J | T | Sold (part) | 03/10/16 | J | | |
| 3. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 4. | | | | | Sold (part) | 11/28/16 | J | | |
| 5. - SPDR Dow Jones, RWR | A | Dividend | J | T | Sold (part) | 06/30/16 | J | B | |
| 6. | | | | | Sold (part) | 11/28/16 | J | A | |
| 7. - Vanguard Info. Technology, VGT | A | Dividend | J | T | Sold (part) | 01/22/16 | J | B | |
| 8. | | | | | Sold (part) | 04/29/16 | J | B | |
| 9. | | | | | Sold (part) | 11/28/16 | J | A | |
| 10. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 11. - ISHARES Health Care Providers, IHF | | | | | Sold | 01/22/16 | J | A | |
| 12. - ISHARES ETF Core MSCI, IEFA | A | Dividend | J | T | | | | | |
| 13. - ISHARES ETF Floating Rate Bond, FLOT | A | Dividend | K | T | Sold (part) | 11/28/16 | J | A | |
| 14. - SPDR Fin'l Select Shares of Beneficial Interest, XLF | A | Dividend | J | T | Sold (part) | 11/28/16 | J | A | |
| 15. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Sold (part) | 06/29/16 | J | | |
| 16. | | | | | Sold (part) | 06/30/16 | J | | |
| 17. | | | | | Buy (add'l) | 09/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/28/16 | J | A | |
| 19. - Vanguard Corp Bond ETF, VCSH | A | Dividend | J | T | Sold (part) | 11/28/16 | J | | |
| 20. - Deutsche X-Trackers MSCI Europe, DBEU | A | Dividend | | | Sold | 11/03/16 | K | | |
| 21. - SPDR Consumer Select Shares of Ben. Int., XLY | A | Dividend | | | Sold | 05/05/16 | K | A | |
| 22. - ISHARES Short Maturity Bond ETF, NEAR | A | Dividend | | | Sold (part) | 06/30/16 | J | A | |
| 23. | | | | | Sold | 11/09/16 | J | A | |
| 24. - Deutsch X TRK MSCI EAFE HDG ETF, DBEF | | None | | | Sold | 02/08/16 | J | | |
| 25. - ISHARES 7-10 Year Treasury Bond, IEF | A | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 26. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 27. | | | | | Sold | 11/10/16 | K | A | |
| 28. - ISHARES MSCI Emg. Mrkt. ETF, EEMA | A | Dividend | J | T | Sold (part) | 11/28/16 | J | A | |
| 29. - ISHARES CORE HGH DIV ETF, HDV | A | Dividend | K | T | Buy | 05/06/16 | K | | |
| 30. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 31. | | | | | Sold (part) | 11/28/16 | J | | |
| 32. - ISHARES US Aerospace Defense, ITA | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 33. | | | | | Sold (part) | 11/28/16 | J | A | |
| 34. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | J | T | Buy | 11/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/28/16 | J | | |
| 36. - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | A | Dividend | K | T | Buy | 11/10/16 | K | | |
| 37. | | | | | Sold (part) | 11/28/16 | J | A | |
| 38. - SPDR FUND Consumer Staples, XLP | A | Dividend | | | Buy | 01/22/16 | J | | |
| 39. | | | | | Sold | 11/11/16 | J | A | |
| 40. - SPDR GOLD SHARES ETF, GLD | | | J | T | Buy | 11/03/16 | J | | |
| 41. - Wisdomtree Japan Hedged Equity, DXJ | A | Dividend | | | Buy | 02/08/16 | J | | |
| 42. | | | | | Sold | 09/20/16 | J | | |
| 43. - SPDR Real Estate Sector, XLRE | | None | | | Spinoff (from line 14) | 09/22/16 | J | | |
| 44. | | | | | Sold | 11/03/16 | J | A | |
| 45. US Bank accounts | | None | M | T | | | | | |
| 46. Federal Credit Union account | A | Interest | | | Closed | 02/01/16 | J | | |
| 47. New York Life insurance policy (whole life) | A | Dividend | K | T | | | | | |
| 48. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 49. IBM (UGTMA held for benefit of [ ]) | A | Dividend | J | T | | | | | |
| 50. Bank of Commerce common stock | A | Dividend | J | T | | | | | |
| 51. Charles Schwab Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles Schwab Gov't Money Fund, SWGXX | A | Interest | K | T | | | | | |
| 53. | A | Dividend | | | | | | | |
| 54. Pepco common stock | | None | | | Sold | 03/23/16 | J | A | |
| 55. AMC Gov't Sec. Fund (AKA Alliance Bernstein) | A | Dividend | J | T | | | | | |
| 56. JP Morgan Common Stock | A | Dividend | J | T | | | | | |
| 57. MDU Resources Common Stock | A | Dividend | J | T | | | | | |
| 58. Idaho "IDEAL" 529 college savings fund (select risk only) (H) | | | | | | | | | |
| 59. - Agg. Age-Based Option: Conservative Growth | A | Dividend | J | T | | | | | |
| 60. - Mod. Age-Based Option: Blended Income Portfolio | A | Dividend | K | T | | | | | |
| 61. - Conservative Age-Based Option: Income Portfolio | A | Dividend | J | T | | | | | |
| 62. Am. Funds VCSP college savings 529 (select risk only) (H) | | | | | | | | | |
| 63. - American Mutual Fund 529C | A | Dividend | J | T | Distributed (part) | 07/27/16 | J | A | |
| 64. - Growth Fund of America 529C | A | Dividend | J | T | Distributed (part) | 07/27/16 | J | A | |
| 65. - Income Fund of America 529C | A | Dividend | J | T | Distributed (part) | 07/27/16 | J | A | |
| 66. - Investment Co. of America 529C | A | Dividend | J | T | Distributed (part) | 07/27/16 | J | A | |
| 67. - Washington Mutual Investors Fund 529C | A | Dividend | J | T | Distributed (part) | 07/27/16 | J | A | |
| 68. J.A. Eggleson Farms, Inc. ( business - 1/7 ownership) | B | Dividend | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bank of Idaho common stock | A | Dividend | J | T | | | | | |
| 70. Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 71. General Electric common stock | A | Dividend | J | T | | | | | |
| 72. Microsoft common stock | A | Dividend | J | T | | | | | |
| 73. Brokerage Account #2 ( college savings) (H) | | | | | | | | | |
| 74. - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | | | | | |
| 75. - Barclay's Bond 1-3 yr credit, CSJ | A | Dividend | J | T | | | | | |
| 76. - MSCI EAFE Index Fund, EFA | A | Dividend | J | T | | | | | |
| 77. - SPDR Dow Jones, RWR | A | Dividend | J | T | | | | | |
| 78. - Morningstar Large Core Index Fund, JKD | A | Dividend | J | T | | | | | |
| 79. Brokerage Account #3 (retirement) (H) | | | | | | | | | |
| 80. - Vanguard Info. Tech., VGT | A | Dividend | J | T | Sold (part) | 01/22/16 | J | C | |
| 81. | | | | | Sold (part) | 04/29/16 | J | C | |
| 82. - Healthcare Providers Index Fund, IHF | | | | | Sold | 01/22/16 | K | D | |
| 83. - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | | | | | |
| 84. - JP Morgan Exch. Traded MLP, AMJ | B | Dividend | K | T | Sold (part) | 03/10/16 | J | | |
| 85. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Sold (part) | 06/30/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 87. | | | | | Sold (part) | 12/21/16 | K | C | |
| 88.  - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | L | T | | | | | |
| 89.  - ISHARES ETF Core MSCI, IEFA | A | Dividend | J | T | Sold (part) | 11/03/16 | J | | |
| 90.  - ISHARES ETF short maturity bond, NEAR | A | Dividend | | | Buy (add'l) | 06/30/16 | J | | |
| 91. | | | | | Sold | 11/09/16 | K | | |
| 92.  - Vanguard Corp. Bond ETF, VCSH | A | Dividend | K | T | | | | | |
| 93.  - Deutsche X-Trackers ETF Europe, DBEU | A | Dividend | | | Sold (part) | 02/08/16 | J | | |
| 94. | | | | | Sold | 11/03/16 | J | | |
| 95.  - SPDR Fin'l Select Ben. Int., XLF | A | Dividend | J | T | | | | | |
| 96.  - SPDR Consumer FD, XLY | A | Dividend | | | Sold | 05/06/16 | J | A | |
| 97.  - ISHARES 7-10 Yr. Treasury Bond, IEF | A | Dividend | | | Buy | 01/22/16 | J | | |
| 98. | | | | | Sold | 11/10/16 | K | A | |
| 99.  - ISHARES MSCI Emg. Mrkt. ETF IV, EEMA | A | Dividend | K | T | | | | | |
| 100.  - SPDR Real Estate Sector, XLRE | | None | | | Spinoff (from line 95) | 09/22/16 | J | | |
| 101. | | | | | Sold | 11/03/16 | J | A | |
| 102.  - SPDR FUND Consumer Staples, XLP | A | Dividend | | | Buy | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/11/16 | K | A | |
| 104. - Wisdomtree Japan Hedged Equity, DXJ | A | Dividend | | | Buy | 02/08/16 | J | | |
| 105. | | | | | Sold | 09/20/16 | J | | |
| 106. - SPDR GOLD SHARES ETF, GLD | | None | K | T | Buy | 11/03/16 | K | | |
| 107. - ISHARES US Aerospace Defense, ITA | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 108. - ISHARES JPMorgan US DMTS, EMB | A | Dividend | K | T | Buy | 11/09/16 | K | | |
| 109. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | K | T | Buy | 11/09/16 | K | | |
| 110. - POWERSHARES Variable Rate Perf., VRP | A | Dividend | K | T | Buy | 12/13/16 | K | | |
| 111. | | | | | Buy (add'l) | 12/21/16 | K | | |
| 112. - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | A | Dividend | K | T | Buy | 11/10/16 | K | | |
| 113. - ISHARES CORE HGH DIV ETF, HDV | A | Dividend | K | T | Buy | 05/06/16 | J | | |
| 114. | | | | | Buy (add'l) | 06/30/16 | K | | |
| 115. Brokerage Account #4 (J.A. Eggleson Farms, Inc.) (H) | | | | | | | | | |
| 116. - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | Sold (part) | 06/30/16 | J | A | |
| 117. - Vanguard Info. Tech., VGT | A | Dividend | J | T | Sold (part) | 01/22/16 | J | | |
| 118. | | | | | Sold (part) | 04/29/16 | J | C | |
| 119. - ISHARES Healthcare Providers Index Fund, IHF | | None | | | Sold | 01/22/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - JP Morgan Exch. Trad. Ntalerian MLP, AMJ | B | Dividend | K | T | Sold (part) | 03/10/16 | J | | |
| 121. - ISHARES ETF Core MSCI, IEFA | A | Dividend | J | T | Sold (part) | 11/03/16 | J | | |
| 122. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | K | T | Sold (part) | 06/30/16 | J | | |
| 123. - VANGUARD RUSSELL 1000 ETF, VONE | B | Dividend | K | T | Sold (part) | 06/30/16 | K | A | |
| 124. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 125. | | | | | Sold (part) | 12/21/16 | K | B | |
| 126. - ISHARES ETF Short Maturity Bond, NEAR | A | Dividend | | | Buy (add'l) | 06/30/16 | J | | |
| 127. | | | | | Sold | 11/09/16 | K | | |
| 128. - Vanguard Corp Bond ETF Short Term Corp., VCSH | A | Dividend | K | T | Sold (part) | 06/30/16 | J | | |
| 129. - Deutsche X-Trackers ETF MSCI Europe, DBEU | A | Dividend | | | Sold (part) | 02/08/16 | J | | |
| 130. | | | | | Sold | 11/03/16 | J | | |
| 131. - ISHARES MSCI Emg. Mrkt., EEMA | A | Dividend | K | T | | | | | |
| 132. - SPDR Select Fin'l ETF, XLF | A | Dividend | J | T | | | | | |
| 133. - SPDR Consumer Select Fund, XLY | A | Dividend | | | Sold | 05/06/16 | J | A | |
| 134. - ISHARES 7-10 Year Treasury Bond ETF, IEF | A | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 135. | | | | | Sold | 11/10/16 | K | A | |
| 136. - SPDR FUND Consumer Staples, XLP | A | Dividend | | | Buy | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 09/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 11/11/16 | K | A | |
| 138.  - Wisdomtree Japan Hedged Equity, DXJ | A | Dividend | | | Buy | 02/08/16 | J | | |
| 139. | | | | | Sold | 09/20/16 | J | | |
| 140.  - SPDR GOLD SHARES ETF, GLD | | None | K | T | Buy | 11/03/16 | K | | |
| 141.  - ISHARES US Aerospace Defense, ITA | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 142.  - ISHARES JPMorgan US DMTS, EMB | A | Dividend | K | T | Buy | 11/09/16 | K | | |
| 143.  - ISHARES 0-5 Tips Bond, STIP | A | Dividend | K | T | Buy | 11/09/16 | K | | |
| 144.  - POWERSHARES Variable Rate Perf., VRP | A | Dividend | K | T | Buy | 12/13/16 | K | | |
| 145. | | | | | Buy<br>(add'l) | 12/21/16 | K | | |
| 146.  - SPDR BLMBRG BRCLY HGH YLD BOND, JNK | A | Dividend | K | T | Buy | 11/10/16 | K | | |
| 147.  - ISHARES CORE HGH DIV ETF, HDV | A | Dividend | K | T | Buy | 05/06/16 | J | | |
| 148. | | | | | Buy<br>(add'l) | 06/30/16 | K | | |
| 149.  - SPDR Real Estate Sector, XLRE | | None | | | Spinoff<br>(from line 132) | 09/22/16 | J | | |
| 150. | | | | | Sold | 11/03/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bush, Ronald E.** | 09/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I, Line 1:  I am the president and a director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation. The company's stock is entirely owned by ███████████.  I accept no fees for my work as an officer or director of the corporation.

Section VII, Line 48:  The 2015 Report at Line 34 stated this U.S. Savings Bond had been redeemed on 1/30/15.  I aggregated two bonds for this reporting line though and one of those bonds, although now matured, has not yet been redeemed.  Accordingly, I still have one of the two original U.S. Savings Bonds and the investment still appears on the current report.  I ask that this notation be considered a formal amendment and correction to my 2015 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544